COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NOS.  2-09-077-CV

        
2-09-078-CV

IN RE I.E. MILLER SERVICES, L.P., I.E. RELATORS

MILLER SERVICES, L.L.C., I.E. MILLER

SERVICES GP, L.L.C., LEXINGTON 

INSURANCE COMPANY, AND AMERICAN

HOME ASSURANCE COMPANY

------------

ORIGINAL PROCEEDINGS

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus is denied.  All stays previously ordered by this court are lifted.

Relators shall pay all costs of this original proceeding, for which let execution issue.

TERRIE LIVINGSTON

JUSTICE

PANEL:  LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

GARDNER, J. would grant.

DELIVERED:  April 30, 2009

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.